AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EARL L. THORNTON,<br>              Plaintiff,<br><br>     v.<br><br>WAKE COUNTY SHERIFF DONNIE HARRISON,<br>officially; FRANK GUNTER, JAIL<br>ADMINISTRATOR, officially and individually;<br>JOHN DOE #1, officially and individually;<br>JOHN DOE #2, officially and individually,<br>              Defendants. | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:08-CV-43-F |

**Decision by Court.**

     IT IS ORDERED AND ADJUDGED that the defendants' Motion for Summary Judgment is ALLOWED and this action hereby is DISMISSED. All other pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 31, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Earl L. Thornton, Jr.<br>1312 Hargett Street<br>Raleigh, NC 27601 | John A. Maxfield<br>P.O. Box 550<br>Raleigh, NC 27602 |

| | |
|---|---|
| July 31, 2009<br>Date | DENNIS P. IAVARONE<br>Clerk of Court<br><br>/s/ Susan K. Edwards<br>*(By) Deputy Clerkj* |
| *Wilmington, North Carolina* | |